UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

William Kelly

Plaintiff,

vs CV 01-322 RHK/JMM

SecurityLink from Ameritech Inc.,

Defendant.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: April 16. 2001.

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

APR 16 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK